UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LUCESCU, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>MIKE ZAFIROVSKI and PAVI BINNING,<br><br>　　　　　　　　　　Defendants. | No. 09-cv-4691-DLC<br><br>ECF CASE<br><br>ORAL ARGUMENT REQUESTED |

**NOTICE OF DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint and supporting Declaration of Christina L. Golden, Defendants will move this Court, before the Honorable Denise L. Cote, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, at a date and time designated by the Court, pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, for an Order: (a) dismissing the Amended Complaint with prejudice and (b) granting such other and further relief as this Court may deem just and proper.

-2-

| | |
|---|---|
| Dated: New York, New York<br>October 6, 2017 | MORRISON & FOERSTER LLP<br><br>By:  /s/ Joel C. Haims<br><br>Joel C. Haims<br>Jamie A. Levitt<br>James J. Beha II<br>Steven T. Rappoport<br>Christina L. Golden<br>250 West 55th Street<br>New York, New York  10019-9601<br>(212) 468-8000<br>jhaims@mofo.com<br>jlevitt@mofo.com<br>jbeha@mofo.com<br>srappoport@mofo.com<br>cgolden@mofo.com<br><br>*Attorneys for Defendants*<br>*Mike Zafirovski and Pavi Binning* |