USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 4/11/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

DAVID LUCESCU, Individually and On Behalf Of All Others Similarly Situated,

Plaintiff,

-against-

MIKE ZAFIROVSKI and PAVI BINNING,

Defendant.

-----------------------------------------------------------X

09 **CIVIL** 4691 (DLC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 11, 2018, Defendants' October 6, 2017 motion to dismiss the Amended Complaint is granted and final judgment is hereby entered for the defendants; accordingly, the case is closed.

**Dated:** New York, New York
April 11, 2018

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** ____

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON 4/11/2018