UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| DAVID LUCESCU, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:09-cv-04691-DLC |
| Plaintiff, | CLASS ACTION |
| vs. | **NOTICE OF APPEAL** |
| MIKE ZAFIROVSKI and PAVI BINNING, | |
| Defendants. | |

---------------------------------------------------------------x

Notice is hereby given that Lead Plaintiffs Kien Chen and Moreno Minto, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered by the Clerk of the Court on April 11, 2018 (Dkt. 70). This notice encompasses the Judgment as well as all prior and subsequent rulings related to or merged into the Judgment, including the Opinion and Order, entered on April 11, 2018 (Dkt. 69), granting Defendants' October 6, 2017 motion to dismiss the Amended Complaint.

DATED: May 11, 2018

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
ERIN W. BOARDMAN
ALAN I. ELLMAN

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
eboardman@rgrdlaw.com
aellman@rgrdlaw.com

*Lead Counsel for Plaintiffs*

HOLZER & HOLZER, LLC
COREY D. HOLZER
MARSHALL P. DEES
1200 Ashwood Parkway, Suite 410
Atlanta, GA 30338
Telephone: 770/392-0090
770/392-0029 (fax)

KAUFMAN, COREN & RESS, P.C.
DEBORAH R. GROSS
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Telephone: 215/735-8700
215/735-5170 (fax)
dgross@kcr-law.com

*Additional Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such public filing to all counsel registered to receive such notice.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 11, 2018.

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD