# MANDATE

N.Y.S.D. Case #
09-cv-4691(DLC)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of October, two thousand and eighteen,

_____

Kien Chen, Moreno Minto,

    Lead-Plaintiffs - Appellants,

David Lucescu, Individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

Mike Zafirovski, Pavi Binning,

    Defendants - Appellees.

_____

**ORDER**
Docket No. 18-1438

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 09 2018

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/09/2018

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of October, two thousand and eighteen,

Kien Chen, Moreno Minto,
Lead-Plaintiffs - Appellants, v.
Mike Zafirovski, Pavi Binning,
Defendants - Appellees.

STIPULATION
Docket Number: 18-1438

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 10/5/2018

Attorney for Appellant

David A. Rosenfeld, Robbins Geller Rudman & Dowd LLP

Print Name and Firm

Date: 10/5/2018

Attorney for Appellee

Joel C. Haims, Morrison & Foerster LLP

Print Name and Firm